IN RE: **MARTINEZ RODRIGUEZ, ISRAEL & MERCADO MERCADO, DAISY**
Debtor(s)

Case No. **10-05468-13**
Chapter **13**

# CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **8/10/2010**
☑ PRE ☐ POST-CONFIRMATION

☐ AMENDED PLAN DATED: _____
Filed by: ☐ Debtor ☐ Trustee ☐ Other

## I. PAYMENT PLAN SCHEDULE

$ **275.00** x **60** = $ **16,500.00**
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___

TOTAL: $ **16,500.00**

Additional Payments:
$ **2,000.00** to be paid as a LUMP SUM within **51 months** with proceeds to come from:
☐ Sale of Property identified as follows:

☑ Other:
**SEE OTHER PROVISIONS BOX**

Periodic Payments to be made other than, and in addition to the above:
$ ___ x ___ = $ ___

PROPOSED BASE: $ **18,500.00**

## III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,700.00**

Signed: **/s/ ISRAEL MARTINEZ RODRIGUEZ**
Debtor

**/s/ DAISY MERCADO MERCADO**
Joint Debtor

## II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ ___
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **DORAL BANK**     Cr. ___     Cr. ___
# **050030117**       # ___        # ___
$ **1.00**            $ ___        $ ___
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **MUEBLERIAS BERR** Cr. **RELIABLE FINANCIA** Cr. ___
# **CLAIM 1-1**         # **CLAIM 3-1**           # ___
$ **702.68**            $ **10,185.00**           $ ___
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ___  Cr. ___  Cr. ___
# ___    # ___    # ___
$ ___    $ ___    $ ___
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
___
5. ☐ Other:
___
6. ☑ Debtor otherwise maintains regular payments directly to:
**DORAL BANK**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ___
☐ Paid 100% / ☐ Other: ___
Cr. ___  Cr. ___  Cr. ___
# ___    # ___    # ___
$ ___    $ ___    $ ___
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**See Continuation Sheet**

Attorney for Debtor **Hatillo Law Office**     Phone: **(787) 262-4848**

IN RE **MARTINEZ RODRIGUEZ, ISRAEL & MERCADO MERCADO, DAISY**  Case No. **10-05468-13**
Debtor(s)

# CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

LV:$73.00
PRIORITIES:$0

1) DEBTORS SURRENDER ANY INTEREST IN FAVOR OF: COOPACA (SAVINGS, SHARES AND DEPOSITS).

2) DEBTORS EXPECTS TO RECEIVE ANNUAL INCOME TAX REIMBURSEMENTS FOR THE AMOUNT OF:$ 1,097. THEY EXPECTS TO RECEIVE THE REIMBURSEMENTS EVERY YEAR DURING THE MONTH OF AUGUST. DEBTORS ARE COUNTING FOR PLAN SUFFICIENCY PURPOSE THE MINIMUM AMOUNT OF:$500.00 PER YEAR TO BE OBTAINED FROM THE ANNUAL INCOME TAX REIMBURSEMENT. FOR A TOTAL AMOUNT OF:$2,000. ANY REMAINING INCOME TAX REFUND BALANCE THAT THE DEBTOR (S) WOULD BE ENTITTLED TO RECEIVE DURING THE PLAN WILL BE USED TO FUND THIS PLAN. AFTER ITS CONFIRMATION, AND WITHOUT NOTICE, HEARING OR COURT ORDER, THE PLAN SHOULD BE DEMMED MODIFY BY THE INCREMENT (S) TO ITS BASE, IN AN AMOUNT EQUAL TO THE AMOUNT EACH INCOME TAX REFUND.

3) DEBTORS WILL PAY TO CREDITOR RELIABLE FINANCIAL ADEQUATE PROTECTION PAYMENTS FOR THE MONTHLY AMOUNT OF $100.00 PER MONTH. THESE PAYMENTS WILL BE MADE FROM THE FILING OF VOLUNTARY PETITION UNTIL PLAN CONFIRMATION DATE. IT WILL BE PAID BY THE TRUSTEE FROM THE FUNDS IN HANDS OF THE TRUSTEE.

4) DEBTORS WILL PAY TO CREDITOR MUEBLERIAS BERRIOS ADEQUATE PROTECTION PAYMENTS FOR THE MONTHLY AMOUNT OF $10.00 PER MONTH. THESE PAYMENTS WILL BE MADE FROM THE FILING OF VOLUNTARY PETITION UNTIL PLAN CONFIRMATION DATE. IT WILL BE PAID BY THE TRUSTEE FROM THE FUNDS IN HANDS OF THE TRUSTEE.

4) DEBTORS WILL INSURE RELIABLE FINANCIAL SERVICES (MATURITY DATE SEPT 12, 2012) THROUGH TRIPLE-S INSURANCE COMPANY AT A RATE OF $35.00 PER MONTH DURING 33 MONTHS FOR A TOTAL OF $1,155.00 OR THE AMOUNT ESTABLISHED IN TRIPLE-S PREMIUM CALCULATION.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only



**EASTERN AMERICA INSURANCE COMPANY**

P.O.Box 71517 San Juan, PR 00936-8617
Tel: (787) 774-9211

**Quote ID:** 17991

# PREMIUM CALCULATION

| | |
|---|---|
| **Date requested:** | 6/24/2010 12:22:36PM |
| **By:** | Fax |
| **Debtor:** | ISRAEL MARTINEZ RODRIGUEZ |
| **Join debtor:** | DAISY MERCADO MERCADO |
| **Case #:** | 1005468 |
| **Esq.:** | JAIME RODRIGUEZ LAW OFFICE, PSC |

| | | | |
|---|---|---|---|
| **Manufacturer:** | SUZUKI | **Manufacturer:** | AERIO |
| **Year:** | 2006 | **VIN #:** | JS2RC61R265850656 |
| **Lienholder:** | RELIABLE FINANCIAL SERVICES | **Loan:** | 851 627200 |
| **Balance:** | $9,800.00 | **File Date:** | 09/01/2012 |
| | | **Maturity Date:** | 09/01/2012 |

$47.00 **(MONTHLY PREMIUM** 33 **MONTHS).**

**TOTAL ESTIMATED COVERAGE IS:** $1,551.00



# MASTER ADDRESS LIST

| | |
|---|---|
| **MARTINEZ RODRIGUEZ, ISRAEL**<br>**29 ESTANCIAS DE IMBERY**<br>**BARCELONETA, PR  00617** | **FIRST REVENUE ASSURANCE**<br>**PO BOX 8545**<br>**OMAHA, NE  68108** |
| **MERCADO MERCADO, DAISY**<br>**29 ESTANCIAS DE IMBERY**<br>**BARCELONETA, PR  00617** | **INTERNATIONAL HOME PRODUCTS**<br>**PO BOX 363885**<br>**SAN JUAN, PR  00936-3885** |
| Hatillo Law Office<br>PO Box 678<br>Hatillo, PR  00659-0678 | **MUEBLERIAS BERRIOS**<br>**PO BOX 674**<br>**CIDRA, PR  00612** |
| **ADM SISTEMA DE RETIRO**<br>**PO BOX 42003**<br>**SAN JUAN, PR  00940-2203** | **PUERTO RICO TELEPHONE COMPANY**<br>**PO BOX 71535**<br>**SAN JUAN, PR  00936-8635** |
| **AT & T**<br>**5407 ANDREWS HIGHWAY**<br>**MIDLAND, TX  79706** | **RADIOSHACK**<br>**PO BOX 689182**<br>**DES MOINES, IA  50368-9182** |
| **CITIFINANCIAL**<br>**PO BOX 71328**<br>**SAN JUAN, PR  00936-8428** | **RELIABLE FINANCIAL SERVICES**<br>**PO BOX 21382**<br>**SAN JUAN, PR  00928** |
| **CITIFINANCIAL RETAIL SERVICES**<br>**PO BOX 71328**<br>**SAN JUAN, PR  00936-8428** | |
| **COMMOLOCO**<br>**PO BOX 71325**<br>**SAN JUAN, PR  00936-8425** | |
| **COOP A/C ARECIBO**<br>**PO BOX 1056**<br>**ARECIBO, PR  00613** | |
| **DORAL BANK**<br>**PO BOX 70308**<br>**SAN JUAN, PR  00936-8308** | |